# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                                  CRIMINAL NO. 1996-10047-MLW

GORDON ROBINSON,
      Defendant.

## *ORDER AFTER APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE*

COLLINGS, U.S.M.J.

The defendant appeared on March 16, 2010 pursuant to a petition alleging that he violated the terms of his supervised release.

The defendant was released on conditions of release. As a consequence, he is not entitled to a preliminary hearing.

The defendant is ORDERED to appear for a final revocation hearing before Chief Judge Mark L. Wolf on *Monday, April 10, 2010 at 10:00 A.M.* at the John Joseph Moakley United States Courthouse, Boston, Massachusetts.

All papers are RETURNED to the Clerk's Office. The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 19, 2010.